# U.S. BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN
# WWW.WIWB.USCOURTS.GOV

## Honorable Catherine J. Furay

Thursday, May 11, 2023

Current as of 05/10/2023 at 2:38 PM

120 North Henry Street; Madison, WI 53703

**Madison Hearings, Courtroom 350**

U.S. Federal Courthouse
3rd Floor, Courtroom 350
Madison, WI 53703

| | | | |
|---|---|---|---|
| **09:30 AM** | 3-22-00049-cjf | Heyerholm et al v. Johnson et al | |
| | ap | | |
| | 3-22-11548-cjf | Ryan M. Johnson and Angela Lee Johnson | |
| **Moving:** | | | |
| **Opposing:** | Carrie Sue Werle | 608-258-8555 | for Ryan M. Johnson |
| | | | for Angela Lee Johnson |
| **Debtor or Plaintiff** | Jason Knutson | 608-255-6663 | for Jonah Heyerholm |
| | B. Snapp | | for John Heyerholm |
| | | | for Rita Heyerholm |

**Matter:** Trial
**Private Comment:**
**Judge Hearing**

U.S. Bankruptcy Court for the Western District of Wisconsin

Court Proceeding Memo

OUTCOME: Settled / Granted / Denied / Approved / Allowed / Disallowed / Sustained / Overruled / **Dismissed**

Order by _____ by _____ Stip. & Proposed Order by _____ by _____ [date]

Judgment by _____ by _____

___ Proposed Order previously submitted to be signed

___ Taken Under Advisement

/Complaint

IT IS SO ORDERED:
*For the reasons stated on the record, the case is dismissed. Each party shall bear its own costs and fees.*

_/s/ Catherine J. Furay_
Catherine J. Furay
U.S. Bankruptcy Judge

_X_ ECF
___ cc: parties in interest
___ cc: parties appearing