| | | | | |
|---|---|---|---|---|
| **03:30 PM** | 3-22-00049-cjf | Heyerholm et al v. Johnson et al | | |
| | ap | | | |
| | 3-22-11548-cjf | Ryan M. Johnson and Angela Lee Johnson | | |

Madison

**Moving:** ~~Jason Knutson~~  608-255-6663  for Jonah Heyerholm
for John Heyerholm
for Rita Heyerholm

*N. Rincon*

**Opposing:** Carrie Sue Werle  414-390-5937  for Ryan M. Johnson
for Angela Lee Johnson

**Debtor or Plaintiff Atty.:**  Jason Knutson  608-255-6663  for Jonah Heyerholm
for John Heyerholm
for Rita Heyerholm

**Matter:** Status hearing on Remand from District Court (Doc # 1)

**Judge Hearing Notes:**

## U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN

### COURT PROCEEDING MEMO

JOINT PRETRIAL STATEMENT FILED: YES | NO
SETTLED: Stip/Proposed Order by _____ (Pty) by _____ (Date)

**SCHEDULE: TC MSN EAU ZOOM HYBRID, DEADLINE:** _____ (Date)
**DATE:** _____ **TIME:** _____

Standard Pretrial Order (14/7): YES | NO - SF | LF Zoom Order
Parties agrees that _____ (hrs/days) will be sufficient to hear the matter and no continuances.
Discovery Deadline: _____

**Modified Pre-Trial Order:**
Exhibits: _____ Obj. to Exhibits: _____ Discovery Deadline: _____ Witnesses: _____
Motions to Limit: _____ Dispositive Motions: _____ FoF/CoL/Brief: _____

**OUTCOME:**
Order by _____ Under Advisement Other: _____
Motions: _____ Dismiss _____ Default Judgment _____ Summary Judgment
Briefs: 11/11/24 Movant 12/9/24 Response 12/19/24 Reply

ORDER: For the reasons stated from the bench,

IT IS SO ORDERED:

_____  ___ cc: _____
Catherine J. Furay
U.S. Bankruptcy Judge